The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN HALL, a Washington individual; and GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey corporation; and SAMSUNG ELECTRONICS CO., LTD., INC., a Korean corporation,<br><br>Defendants. | NO. 2:26-CV-03618-RSM<br><br>SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

Plaintiffs Justin Hall and Garrison Property and Casualty Insurance Company ("Plaintiffs") and Defendant Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd., Inc. ("Samsung"), by its undersigned counsel, hereby stipulate and agree as follows:

1. Per the parties' October 23, 2026 Stipulation for Extension of Time to Respond to Complaint, Samsung's current deadline to answer or otherwise respond to the Complaint is October 30, 2026.

2. The parties have conferred and agreed that Samsung shall now have until December 23, 2026 to answer or otherwise respond to the Complaint.



OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215

3. Samsung reserves all rights and defenses that could be asserted in response to the complaint, and no actions taken to extend the pleadings constitute a waiver of any rights or defenses.

Dated: October 28, 2026

COZEN & O'CONNOR

By: */s/ Matthew T. Wood via email authorization*
Matthew T. Wood, WSBA # 48593
999 Third Ave., Suite 190
Seattle, WA 98104
mwood@cozen.com

Attorneys for Plaintiffs

ODGEN MURPHY WALLACE

By: ______________________
Jessica B. Jensen, WSBA # 37202
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
jjensen@omwlaw.com

Attorneys for Defendant Samsung Electronics America, Inc.



OGDEN MURPHY WALLACE, P.L.L.C.
701 5th Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 447-7000/Fax: (206) 447-0215